ACCEPTED
14-14-00102-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 4:31:06 PM
CHRISTOPHER PRINE
CLERK

# DAN P. BRADLEY

ATTORNEY AT LAW

BOARD CERTIFIED, CRIMINAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION          P.O. Box 7107 Houston, TX 77248

(713) 819-5529
FAX (877) 655-2797

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 4:31:06 PM
CHRISTOPHER A. PRINE
Clerk

June 3, 2015

Adrian Patton 1899028
59 Darrington Rd.
Rosharon, TX 77583

CMRRR 7012 1010 0001 0583 5734

Re:  Nos. 14-14-00101-CR & 14-14-00102-CR; Adrian Deshawn Patton vs. The State of Texas

Dear Mr. Patton:

Enclosed is a copy of the State's Brief. Additionally, the Court of Appeals affirmed your conviction in a memorandum opinion and judgment and mandate has issued. I am enclosing copies of those documents for your records. I have previously provided you with copies of the Reporter's and Clerk's Records in your cases.

I am writing to advise you that, while my duties as appellate counsel are technically complete, you have the right to seek discretionary review from the Court of Criminal Appeals. The procedures for filing a petition are contained in Rule 66, et seq., of the Rules of Appellate Procedure. As I don't know what legal research materials you have available to you, I have attached the text of Rules 66 through 70. These are the Rules you will need to review.

Please be advised that if you intend to file a petition for discretionary review, you will need to mail your petition, and eleven (11) copies, to the following address:

Hon. Louise Pearson
Clerk, Court of Criminal Appeals
Post Office Box 12308
Austin, Texas 78711

You are required to attach a copy of the opinion of the Court of Appeals as an exhibit to the original and every copy of your petition. Failure to do this will mean your petition will __not__ be reviewed by the Court of Criminal

Appeals. You are also required to send copies of your petition to the following:

Logan Pickett
Liberty County District Attorney
1923 Sam Houston
Liberty, TX 77575

State Prosecuting Attorney
P.O. Box 13046
Austin, TX 78711

If you choose to file a petition for discretionary review, it must be mailed or filed with the Clerk's Office as appropriate, based on the day you mail your petition, within thirty (30) days of the Court of Appeals' opinion. As the Courts of Appeals have moved over to an eFiling/paperless system this year, there has been some confusion in service and delivery on my part. Thus, the 30 days have lapsed.

If you need additional time to prepare your petition, you may request additional time by writing the Clerk of the Court of Criminal Appeals, sending copies of your letter requesting an extension to the Prosecutor and the State's Prosecuting Attorney, at the addresses listed above. Please note that any letter requesting additional time must be mailed before the petition is due. Because of the lateness of getting this notice out to you, I have taken the liberty of filing a request for extension of time to file a PDR on your behalf, a copy of which I am enclosing with this letter.

I hope this letter answers any questions you might have about your right to file a petition for discretionary review and the procedures involved. Should you have any questions, however, feel free to write me at the above address.

If you decide to seek habeas corpus relief but will not be represented by counsel, I suggest you study Chapter 11 of the Texas Code of Criminal Procedure, in order to familiarize yourself with the rules governing state habeas corpus proceedings, and Chapter 28, Section 2254, of the United States Code (28 USC 2254), in order to familiarize yourself with the rules governing federal habeas corpus proceedings. There may well be additional materials on the subject available at your unit's law library or, "writ room."

Sincerely,

Dan P. Bradley
Attorney at Law

DPB:ms
Encl.:

1. State's Reply Brief
2. Memorandum Opinions
3. Judgments
4. Mandates
5. 1st Extension of Time for Filing (Out of Time) Petition for Discretionary Review